CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 3 2011

JULIA C. DUDLEY, CLERK
BY: _____
  DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN THE MATTER OF THE SEARCH OF:          :          Criminal No. 7:10-M-410
                                          :
MySpace account of ███████████           :
# ██████████                             :          S E A L E D
                                          :
                                          :

O R D E R

It is hereby **ORDERED** that the sealing of the search warrant, affidavit and all related

documents in the above-captioned matter be extended for a period of 30 days or pending further

order of the court.

_____
UNITED STATES MAGISTRATE JUDGE

DISTRICT